tiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Frederick L. Allen* and *F. Eldred Boland* for petitioner. *Mr. Arthur Rosenblum* for respondents.

No. 413. NEW YORK LIFE INSURANCE CO. v. KAUFMAN. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Edwin A. Meserve* and *Louis H. Cooke* for petitioner. *Mr. Arthur Rosenblum* for respondent.

No. 414. AUSTIN v. THOMAS, RECEIVER. October 21, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. William S. McDowell* for petitioner. *Mr. Robert S. Marx* for respondent.

No. 415. SCHICK v. GOLDSTEIN. October 21, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Oscar A. Lewis* for petitioner. *Mr. M. M. Edelstein* for respondent.

No. 416. MISSOURI EX REL. WOODS v. SEVIER. October 21, 1935. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. George A. Edwards* for petitioner. *Mr. Walter Sloat* for respondent.

Nos. 417 and 418. ROOT REFINING CO. v. UNIVERSAL OIL PRODUCTS CO. October 21, 1935. Petition for writs